# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHORTER,<br><br>        Plaintiff,<br><br>   v.<br><br>MR. R. ROSENTHAL, et al.,<br><br>        Defendants. | CASE NO. 1:10-CV-00610-DLB PC<br><br>ORDER REGARDING MOTION TO AMEND<br><br>(DOC. 9)<br><br>RESPONSE DUE WITHIN 30 DAYS |

Plaintiff Anthony Shorter ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to amend his amended complaint, filed January 25, 2011.

Plaintiff seeks to add an exhibit to Plaintiff's first amended complaint, which was filed December 27, 2010. Pursuant to Local Rule 220, "every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be . . . complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with." The Court will grant Plaintiff leave to file a second amended complaint which is **complete in itself**. The Court does not accept piecemeal complaints. If Plaintiff does not wish to file a second amended complaint, Plaintiff may so notify the Court.

Accordingly, it is HEREBY ORDERED that Plaintiff is GRANTED leave to file a second amended complaint within thirty (30) days from the date of service of this order. If Plaintiff does not wish to file a second amended complaint, Plaintiff shall so notify the Court.

IT IS SO ORDERED.

Dated: **February 8, 2011**     /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE