1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANTHONY SHORTER,                          CASE NO. 1:10-CV-00610-DLB PC

              Plaintiff,                ORDER RE MARCH 2, 2011 MOTION

     v.                                (DOC. 13)

R. ROSENTHAL, et al.,

              Defendants.
_____/

    Plaintiff Anthony Shorter ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Pending before the Court is Plaintiff's motion for the return of his exhibits, filed March 2, 2011.  Plaintiff had filed a first amended complaint on December 27, 2010 with this Court, which included original copies of all of Plaintiff's exhibits.  *See* First Am. Compl, Doc. 8.  Plaintiff also filed an amended exhibit with the Court.  Doc. 9.  Plaintiff now requests the return of those exhibits.  Plaintiff included a self-addressed, stamped envelope for the return of the exhibits with his motion.

    The Court cannot serve as a repository for the parties' evidence.  First Informational Order, Doc. 2.  Plaintiff has complied with the Court's order and submitted a self-addressed, stamped envelope for the return of his documents.  *Id.*  Accordingly, it is HEREBY ORDERED that the Clerk of the Court return Plaintiff's first amended complaint and amended exhibit by mail.

    IT IS SO ORDERED.

  **Dated:   March 22, 2011**                  _____ **/s/ Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE

1