# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ANTHONY SHORTER, | Case No. 1:10-cv-00610-LJO-DLB PC |
| Plaintiff, | **ORDER APPROVING PARTIES' STIPULATION TO MODIFY DEADLINES** |
| v. | ECF No. 43 |
| R. ROSENTHAL, et al., | |
| Defendants. | |

The Court has considered the parties' joint stipulation to modify deadlines.  Good cause appearing for that request, it is HEREBY ORDERED that the deadline for Defendants to file their opposition to Plaintiff's motion for summary judgment shall be continued until the dispositive motion deadline of January 11, 2013.

IT IS SO ORDERED.

Dated:  **October 31, 2012**                   /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

1