# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHORTER,<br><br>    Plaintiff,<br><br>  v.<br><br>R. ROSENTHAL, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00610-LJO-DLB PC<br><br>ORDER GRANTING PARTIES' STIPULATION TO WAIVE RIGHT TO APPEAL IN EXCHANGE FOR WAIVER OF RIGHT TO PURSUE COSTS<br><br>(Document 73) |

Plaintiff Anthony Shorter ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. The Court granted summary judgment in favor of Defendants on May 31, 2013.

On July 1, 2013, the parties submitted a stipulation to waive the right to appeal the summary judgment ruling in exchange for Defendants' waiver of the right to pursue costs.

The stipulation is GRANTED.

IT IS SO ORDERED.

　　Dated:  **July 2, 2013**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1